# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 11-380(1) (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Christopher Shawn Robison, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 16, 2012 (Docket No.34), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [9]) is **DENIED**.

2. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. [10]) is **DENIED**.

3. Defendant's Motion to Dismiss Indictment: Lack of Nexus with Interstate Commerce (Doc. No. [11]) is **DENIED**.

Dated: April 2, 2012       s/Donovan W. Frank
                           DONOVAN W. FRANK
                           United States District Judge